UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                    :

LUIS TORO,                                  :

              Plaintiff,              :                  22 Civ. 6934 (JPC)

          -v-                      :

                                      :                    ORDER

ANIMATION SHOPS, INC.,           :

              Defendant.           :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 13, 2022, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore November 3, 2022. *See* Fed. R. Civ. P. 12(a)(1(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 10, 2022. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by November 17, 2022.

      SO ORDERED.

Dated: November 4, 2022
      New York, New York

                                            JOHN P. CRONAN
                                   United States District Judge