UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LUIS TORO, *on behalf of himself and all others similarly* : 
*situated*, :
:
: 22 Civ. 6934 (JPC)
Plaintiff, :
: ORDER
-v- :
:
ANIMATION SHOPS, INC., :
:
Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 22, 2022, the Court scheduled an Initial Pretrial Conference ("IPTC") for January 3, 2023, and directed the parties to confer with each other and make a pre-IPTC submission by December 27, 2022. Dkt. 12. That deadline has passed, and the docket does not reflect that the parties have filed a joint letter addressing the topics in the Court's previous order. Accordingly, the deadline for the parties' pre-IPTC submission is adjourned to December 30, 2022. Failure to comply with this deadline may result in the case being dismissed for failure to prosecute.

SO ORDERED.

Dated: December 29, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge