UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LUIS TORO,                                                              :
:
                           Plaintiff,                                   :
:     22 Civ. 6934 (JPC)
          -v-                                                           :
:     ORDER
ANIMATION SHOPS, INC.,                                                  :
:
                           Defendant.                                   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 22, 2022, the Court scheduled an Initial Pretrial Conference ("IPTC") and ordered the parties to submit, among other things, a joint letter addressing seven separate topics (the "pre-IPTC letter") by December 27, 2022.  Dkt. 12.  When the parties failed to make their pre-IPTC letter by that date, without providing any explanation of their failure to comply with the Court's order, the Court adjourned *sua sponte* the deadline for the pre-IPTC submission to December 30 2022.  Dkt. 13.  On December 29, 2022, Plaintiff requested an adjournment of the IPTC to February 3, 2023, "as Counsel's calendar is quite full during the rest of January."  Dkt. 14.  Defendant did not oppose the request, *id.*, and so the Court adjourned the IPTC, but in doing so, directed the parties to submit their pre-IPTC letter by January 26, 2023.  Dkt. 16.  That deadline has passed, and the docket still does not reflect that the required pre-IPTC letter has been filed, as ordered by the Court.

Accordingly, the Court will grant the parties one final extension of their deadline to file the pre-IPTC letter addressing the seven topics in the Court's November 22, 2022 Order.  The Parties deadline to submit their pre-IPTC letter is adjourned *sua sponte* to January 31, 2022.  Failure to comply with this deadline may result in sanctions.

SO ORDERED.

Dated: January 27, 2023
       New York, New York

                                                    JOHN P. CRONAN
                                          United States District Judge