UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS TORO, on behalf of himself and all others similarly situated,

                    Plaintiff,

       -against-

ANIMATION SHOPS, INC.,

                    Defendants.
-------------------------------------------------------------------X

Docket No.: 22-cv-6934

**STIPULATION OF DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties herein that the above-entitled action, having been settled, be, and the same hereby is, discontinued, with prejudice and without costs to any party and that this stipulation may be filed with the Clerk of the Court without further notice.

    **IT IS FURTHER STIPULATED AND AGREED**, that should there be a default in the issuance of settlement payments under the Agreement, that this Court shall retain jurisdiction.

Dated: New York, New York
       March 1, 2023

| | |
|---|---|
| _Andrea Batres_ | _Mars Khaimov_ |
| Andrea Batres, Esq. | Mars Khaimov, Esq. |
| **BELL LAW GROUP, PLLC** | Mars Khaimov Law, PLLC |
| Attorneys for Defendants | 10826 64th Avenue, Second Floor |
| 116 Jackson Avenue | Forest Hills, New York 11375 |
| Syosset, New York 11791 | Email: mars@khaimovlaw.com |
| Tel: 516-280-3008 | Phone: (929) 324-0717 |
| Email: ab@Belllg.com | |

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties may file a stipulation of dismissal signed by all parties who have appeared to dismiss a case without court order.  Accord Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice).  Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

May 26, 2023
New York, New York

_John P. Cronan_
JOHN P. CRONAN
United States District Judge

141121422.1

14